# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF TENNESSEE, NORTHEASTERN DIVISION

**BRENDA LAWRENCE and PATRICK LAWRENCE,**
Individually, and as Husband and Wife

vs.  No. 2:12-00049

**BANG KIM HUYNH and HUNG VAN LE**
d/b/a T.C. TRANSPORTATION

## ORDER GRANTING JOINT MOTION TO PARTICIPATE BY TELEPHONE IN CASE MANAGEMENT CONFERENCE

Upon the Joint Motion to Participate by Telephone in Case Management Conference, the Court finds that said Motion is well taken and is hereby granted. The parties are directed to arrange for a conference call and to provide the Court with a call-in number forthwith.

It is HEREBY ORDERED this the 47yj 'f c{ 'qh'Lwn{ '42340

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE