UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
COOKEVILLE DIVISION

BRENDA LAWRENCE, *et al.*,    )
                              )
    Plaintiffs            )
                              ) No. 2:12-0049
v.                            ) Judge Sharp/Brown
                              ) **Jury Demand**
BANK KIM HUYN, *et al.*,      )
                              )
    Defendants            )

### O R D E R

A telephone conference with Magistrate Judge Brown to discuss case progress and possible alternative dispute resolution is set for **January 23, 2013, at 10:00 a.m. To participate in the conference call, parties will call 615-695-2851 at the scheduled time.**

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge