```
                     UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF TENNESSEE
                         COOKEVILLE DIVISION
```

BRENDA LAWRENCE, *et al.*,      )
                                )
    Plaintiffs              )
                                ) No. 2:12-0049
v.                              ) Judge Sharp/Brown
                                ) **Jury Demand**
BANK KIM HUYN, *et al.*,        )
                                )
    Defendants              )

## O R D E R

A consent motion to stay case management order deadlines (Docket Entry 19) has been filed. Given the fact that it appears that there will be several months before Plaintiff Brenda Lawrence will be able to complete her course of medical treatment, the motion is **GRANTED**.

A further case management conference is set by telephone for **April 11, 2013, at 11:00 a.m.** to discuss case progress and the establishment of new deadlines and a new trial date. **To participate in the conference call, parties will call 615-695-2851 at the scheduled time.** After consulting with Judge Sharp's chambers the present trial date is canceled and will be reset following the telephone conference.

It is so ORDERED.

                                  /s/ JOE B. BROWN
                                  UNITED STATES MAGISTRATE JUDGE